IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| CHEYANN CALLAWAY, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:21-CV-00167 (CDL) |
| JOSEPH SANDOVAL and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | * |
| | * |
| Defendants. | |

O R D E R

The parties have jointly moved to remand this case to state court (ECF No. 7). Having reviewed the motion, the Court finds that it should be granted and directs the Clerk to remand this action to the Superior Court of Muscogee County, Georgia.

IT IS SO ORDERED, this 4th day of November, 2021.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA