```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

CHEYANN CALLAWAY,                   *

    Plaintiff,                  *

vs.                                 *

                                            CASE NO. 4:21-CV-00167 (CDL)

JOSEPH SANDOVAL and STATE FARM      *
MUTUAL AUTOMOBILE INSURANCE
COMPANY,                            *

    Defendants.

## O R D E R

The order entered previously remanding this action to the Superior Court of Muscogee County, Georgia (ECF No. 8) is hereby vacated. Because this action originated in the State Court of Muscogee County, Georgia, the action should have been remanded to the State Court of Muscogee County, Georgia. Accordingly, the Clerk is directed to remand this action to the State Court of Muscogee County, Georgia.

IT IS SO ORDERED, this 4th day of November, 2021.

                                                  S/Clay D. Land
                                                  CLAY D. LAND
                                                  U.S. DISTRICT COURT JUDGE
                                                  MIDDLE DISTRICT OF GEORGIA